Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nicole R. Roysdon (SBN 262237)
nroysdon@grahamhollis.com
GRAHAM**HOLLIS** APC
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda
and Aggrieved Employees

Law Offices of
MATHENY SEARS LINKERT & JAIME, LLP
Matthew C. Jaime (SBN 140340)
Robert W. Sweetin (SBN 297130)
3638 American River Drive
Sacramento, CA 95864
Tel: (916) 978-3434
Fax: (916) 978-3430

Attorneys for Defendant Northern
California InAlliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>      Plaintiff,<br><br>  v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>      Defendants. | Case No.: 2:18-cv-00835-WBS-EFB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT**<br><br><br>Action Filed: February 22, 2018<br>Case Removed: April 6, 2018<br>Trial Date: None set |

///

///

1

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF
FIRST AMENDED COMPLAINT

TO THE COURT:

By and through their respective counsel of record, Plaintiff Joseph Osegueda ("Plaintiff") and Defendant Northern California InAlliance ("Defendant") (collectively, "the Parties") hereby jointly agree and stipulate to the following, and request that the Court make the following Order:

WHEREAS, on February 22, 2018, Plaintiff, on behalf of himself and others purportedly similarly situated, filed this individual, class action, PAGA representative action, and collective action against Defendant, alleging the following eleven causes of action: (1) failure to provide meal periods; (2) failure to provide rest periods; (3) failure to pay minimum and regular wages; (4) failure to pay all overtime wages; (5) failure to provide required sick leave; (6) failure to indemnify necessary business expenses; (7) failure to provide accurate itemized wage statements and written notice of sick leave; (8) failure to timely pay all wages due upon separation of employment; (9) violation of Business & Professions Code section 17200, *et seq.*; (10) violation of the Private Attorneys General Act; and (11) violation of the Fair Labor Standards Act;

WHEREAS, Plaintiff wishes to amend the Complaint to dismiss without prejudice the first, second, and fifth causes of action and allegations in support thereof;

WHEREAS, Defendant has reviewed Plaintiff's proposed First Amended Complaint and agrees, in the interests of efficiency, to stipulate to permit Plaintiff to file the First Amended Complaint without the need to file a motion for leave to amend;

WHEREAS, the Parties agree that, in entering into this Stipulation, Defendant does not waive its right to contest

2
JOINT STIPULATION AND [~~PROPOSED~~] ORDER PERMITTING FILING OF
FIRST AMENDED COMPLAINT

Plaintiff's First Amended Complaint in any way, nor does Defendant waive any defense permissible under the law;

THEREFORE, the Parties, by and through their counsel of record, hereby stipulate that Plaintiff should be granted leave to file a First Amended Complaint, in the form attached hereto as Exhibit 1. A redline version showing the changes is also attached as Exhibit 2.

Dated: February 28, 2019          GRAHAM**HOLLIS** APC

                                  By: /s/*Nicole R. Roysdon*
                                  GRAHAM S.P. HOLLIS
                                  VILMARIE CORDERO
                                  NICOLE R. ROYSDON
                                  Attorneys for Plaintiff Joseph
                                  Osegueda

Dated: February 28, 2019          Law Offices of MATHENY SEARS
                                  LINKERT & JAIME, LLP

                                  By: /s/*Robert W. Sweetin* (as authorized on 2/27/19)
                                  MATTHEW C. JAIME
                                  ROBERT W. SWEETIN
                                  Attorneys for Defendant Northern
                                  California Inalliance

ORDER

By stipulation of the parties, and good cause appearing, it is HEREBY ORDERED THAT: Plaintiff is granted leave to file a First Amended Complaint in the form attached hereto as Exhibit 1. Plaintiff shall file the First Amended Complaint within ten days of the date of this Order.

IT IS SO ORDERED.

Dated: March 1, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING FILING OF FIRST AMENDED COMPLAINT