Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nicole R. Roysdon (SBN 262237)
nroysdon@grahamhollis.com
GRAHAM**HOLLIS** APC
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda
and Aggrieved Employees

Law Offices of
MATHENY SEARS LINKERT & JAIME, LLP
Matthew C. Jaime (SBN 140340)
Robert W. Sweetin (SBN 297130)
3638 American River Drive
Sacramento, CA 95864
Tel: (916) 978-3434
Fax: (916) 978-3430

Attorneys for Defendant Northern
California InAlliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>      Plaintiff,<br><br>  v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>      Defendants. | Case No.:  2:18-cv-00835-WBS-EFB<br><br>**ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER** |

///

///

1

[PROPOSED] ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

ORDER

By stipulation of the parties, and good cause appearing, it is HEREBY ORDERED THAT:

1) Class certification discovery shall be completed by September 30, 2019.

2) Plaintiff shall file his class certification motion on or before October 28, 2019.

3) The hearing on Plaintiff's class certification motion shall be continued from October 21, 2019, at 1:30 p.m. to **December 16, 2019 at 1:30 p.m.**

4) A further status conference is reset for **January 21, 2020, at 1:30 p.m.** A joint status report shall be filed no later than January 7, 2020.

**IT IS SO ORDERED.**

**Dated: July 23, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE