Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Nicole R. Roysdon (SBN 262237)
nroysdon@grahamhollis.com
GRAHAM**HOLLIS** APC
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda and Aggrieved Employees

Law Offices of
MATHENY SEARS LINKERT & JAIME, LLP
Matthew C. Jaime (SBN 140340)
Robert W. Sweetin (SBN 297130)
3638 American River Drive
Sacramento, CA 95864
Tel: (916) 978-3434
Fax: (916) 978-3430

Attorneys for Defendant Northern California InAlliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00835-WBS-EFB<br><br>**ORDER VACATING FUTURE HEARING DATES AND SETTING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL** |

///

///

1

[PROPOSED] ORDER MODIFYING STATUS (PRETRIAL SCHEDULING) ORDER

By stipulation of the parties, and good cause appearing, it is HEREBY ORDERED THAT:

1) All existing and future court dates and deadlines are vacated.

2) Plaintiff shall file his motion for Preliminary Approval of the Class Action Settlement on or before **November 18, 2019**. Responsive briefs shall be filed in accordance with the Local Rules.

3) The hearing on Plaintiff's Motion for Preliminary Approval of the Class Action Settlement is scheduled for **December 16, 2019, at 1:30 p.m.** in Courtroom 5 (WBS).

**IT IS SO ORDERED.**

**Dated: October 28, 2019**

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE