Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Erik A. Dos Santos (SBN 309998)
edossantos@grahamhollis.com
**GRAHAMHOLLIS** APC
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda and Aggrieved Employees

Law Offices of
MATHENY SEARS LINKERT & JAIME, LLP
Matthew C. Jaime (SBN 140340)
Robert W. Sweetin (SBN 297130)
3638 American River Drive
Sacramento, CA 95864
Tel: (916) 978-3434
Fax: (916) 978-3430

Attorneys for Defendant Northern California InAlliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 2:18-cv-00835-WBS-EFB<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 16, 2019<br>Time: 1:30 PM<br>Judge: Hon. William B. Shubb<br>Dept.: 5, 14th Floor<br><br>Action Filed: February 22, 2018<br>Case Removed: April 6, 2018<br>Trial Date: None set |

///

///

1
**[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

**[PROPOSED] ORDER**

By stipulation of the parties, and good cause appearing, it is HEREBY ORDERED THAT:

1) Plaintiff shall file his motion for Preliminary Approval of the Class Action Settlement on or before **December 16, 2019**.

2) The hearing on Plaintiff's Motion for Preliminary Approval of the Class Action Settlement is scheduled for **January 13, 2020 , at 1:30 p.m.**

**IT IS SO ORDERED.**

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE