GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Erik A. Dos Santos (SBN 309998)
edossantos@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda and
Aggrieved Employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.:   18-cv-00835-WBS-EFB<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:   January 13, 2019<br>Time:   1:30 PM<br>Judge:  Hon. William B. Shubb<br>Dept.:  5, 14th Floor |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that on January 13, 2020 at 1:30 p.m. or as soon thereafter as the matter can be heard in Department 5, Fourteenth Floor, of the above entitled courthouse, located at 2500 Tulare Street, Fresno, CA 93721. Plaintiff Joseph Osegueda, on behalf of himself and the putative class, will and hereby does move the Court for an order: (1) Preliminarily Approving Settlement of Plaintiff's Class Claims as stated in the Joint Stipulation of Settlement and Release; (2) Conditionally certifying the case for settlement purposes; (3) Approving and directing distribution of the Notice of Class Action Settlement and FLSA Opt In Form; (4) Appointing the Class Representative and Class Counsel; Appointing ILYM Group, Inc, as the Settlement Administrator and (6) Scheduling a Final Approval Hearing.

1
**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

This Motion is supporting by the following documents: (1) Plaintiff's Memorandum of Points and Authorities in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement; (2) Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement, and the Exhibits attached thereto; (3) Declaration of Joseph Osegueda in Support of Settlement; (4) Declaration of Sean Hartranft (5) [Proposed] Order Granting Preliminary Approval; and (6) all records and pleadings filed in this actions and such argument and evidence which may be presented at or before the hearing.

Dated: December 16, 2019                    GRAHAM**HOLLIS** APC

By: /s/Vilmarie Cordero
GRAHAM S.P. HOLLIS
VILMARIE CORDERO
ERIK A. DOS SANTOS
Attorneys for Plaintiff

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**