Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Erik A. Dos Santos (SBN 309998)
edossantos@grahamhollis.com
GRAHAM**HOLLIS** APC
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda and Aggrieved Employees

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>　　　　Defendants. | Case No.:   2:18-cv-00835-WBS-EFB |

1
CERTIFICATE OF SERVICE

# CERTIFICATE OF SERVICE

UNTED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

I am employed in the State of California, County of San Diego. I am over the age of 18 and not a party to the within suit: my business address is 3555 Fifth Avenue, Suite 200, San Diego, California 92103.

On December 16, 2019, I served the documents described as:

1. **PLAINTIFF'S NOTICE OF UNOPPOSED FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**
3. **DECLARATION OF GRAHAM S.P. HOLLIS IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT;**
4. **DECLARATION OF JOSEPH OSEGUEDA IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTIONS SETTLEMENT;**
5. **DECLARATION OF SEAN HARTRANFT RE; QUALIFICATIONS OF ILYM GROUP, INC. AS SETTLEMENT ADMINISTRATOR;**
6. **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

on the interested parties in this action by sending on the interested parties in this action [ ] the original [or] [ X ] a true copy thereof [X ] to interested parties as follows [or] [ ] as stated on the attached service list.

| | |
|---|---|
| Matthew C. Jaime | Attorneys for Defendant Northern California |
| Robert W. Sweetin | Inalliance |
| Law Offices of Matheny Sears Linkert Jaime LLP | |
| 3638 American River Drive | |
| Sacramento, CA 95864 | |
| rsweetin@mathenysears.com | |

☐ **BY REGULAR MAIL:** I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Diego, California. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

☒ **BY ECF:** I hereby certify that this document was served by Sacramento, California, by ECF delivery on the parties listed herein at their more recent known email addresses or e-mail of record in this action.

☒ **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of December, 2019, at San Diego, California.

*Maggie Valdez*
Maggie Valdez