GRAHAM**HOLLIS** APC
Graham S.P. Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Erik A. Dos Santos (SBN 309998)
edossantos@grahamhollis.com
3555 Fifth Avenue, Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda and Aggrieved Employees

Law Offices of
MATHENY SEARS LINKERT & JAIME, LLP
Matthew C. Jaime (SBN 140340)
Robert W. Sweetin (SBN 297130)
3638 American River Drive
Sacramento, CA 95864
Tel: (916) 978-3434
Fax: (916) 978-3430

Attorneys for Defendant Northern California InAlliance

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.:   2:18-cv-00835-WBS-EFB<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

///

///

1
**[PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

By stipulation of the parties, and good cause appearing, it is HEREBY ORDERED THAT:

1) Plaintiff shall file his motion for Final Approval of the Class Action Settlement and Petition for Attorney's Fees and Costs on or before June 29, 2020.

2) The hearing on Plaintiff's Motion for Final Approval of the Class Action Settlement is scheduled for **July 27, 2020, at 1:30 p.m.** in Courtroom 5.

**IT IS SO ORDERED.**

**Dated:  April 14, 2020**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE