GRAHAM**HOLLIS** APC
Graham Hollis (SBN 120577)
ghollis@grahamhollis.com
Vilmarie Cordero (SBN 268860)
vcordero@grahamhollis.com
Erik A. Dos Santos (SBN 309998)
edossantos@grahamhollis.com
3555 Fifth Avenue Suite 200
San Diego, California 92103
Telephone: 619.692.0800
Facsimile: 619.692.0822

Attorneys for Plaintiff Joseph Osegueda
And Aggrieved Employees

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH OSEGUEDA, individually and on behalf of all similarly situated and/or aggrieved employees of Defendants in the State of California,<br><br>Plaintiff,<br><br>v.<br><br>NORTHERN CALIFORNIA INALLIANCE; and DOES 1 THROUGH 50, inclusive,<br><br>Defendant. | Case No.:   2:18-CV-00835-WBS-EFB<br><br>**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date:       July 27, 2020<br>Time:       1:30 PM<br>Judge:      Hon. William B. Shubb<br>Dept.:      5, 14th Floor |

TO THE COURT, DEFENDANT AND ITS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT on July 27, 2020 at 1:30 p.m. in Courtroom 5 on the 14th Floor of the United States District Court for the Eastern District of California – located at 501 I Street, Sacramento, California 95814, Plaintiff Joseph Osegueda ("Plaintiff"), on behalf of himself and all others similarly situated, will, and hereby will move this Court, pursuant to Rule 23 of the Federal Rules of Civil Procedure, for entry of a Judgment and Final Order approving the class and collective action settlement reached between Plaintiff and Defendant Northern California Inalliance (collectively "the Parties") in this case, and in particular:

///

---

1

**PLTF'S NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

1. Approving the class and collective action settlement and distribution plan agreed upon by the Parties and preliminarily approved by the Court, which entails the distribution of a Maximum Settlement Amount of $225,000 to the Settlement Class Members, Class Counsel, the California Labor Workforce Development Agency, the Class Representative, and the Settlement Administrator;

2. Approving that $11,250 of the Maximum Settlement Amount be designated to resolve Private Attorneys General Act ("PAGA") claims, and that under Labor Code section 2699(i), 75% ($8,437.50) of the penalty payment will be paid to the California Labor and Workforce Development Agency (LWDA), and 25% ($2,812.50) will be distributed to Settlement Class Members who filed valid claims in proportion to their Individual Settlement Amounts;

3. Finally approving the payment, from the Maximum Settlement Amount of $5,000 to Plaintiff Joseph Osegueda in recognition of his service to the Settlement Class, time spent, and risks undertaken as named Plaintiff;

4. Finally approving the payment, from the Maximum Settlement Amount of $75,000 to GrahamHollis, APC for Class Counsel's Attorneys' Fees and $8,869.33 in the amount of costs;

5. Finally certifying the Settlement Class, as defined in the parties Joint Stipulation of Class Action Settlement and Release ("Settlement Agreement") and the Court's Order Granting Preliminary Approval, for settlement purposes;

6. Finally appointing GrahamHollis APC as Class Counsel, as defined in the Settlement Agreement, for purposes of settlement;

7. Finally appointing Plaintiff Joseph Osegeuda as a Class Representative for the Independent Living Facilitator Class and Waiting Time Penalties Subclass, as defined in the Settlement Agreement;

8. Finally approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in the Parties' Settlement Agreement, and the Maximum Settlement Amount of $225,000, to be allocated and paid pursuant to the terms of the Settlement Agreement, and ordering the Parties and the Settlement Administrator carry out the terms of the Settlement;

9. Finally approving the payment of $8,801.25 to the Settlement Administrator previously appointed by the Court, ILYM Group, Inc, for costs actually incurred and documented by the Settlement Administrator;

10. Binding the parties to the terms of the Settlement Agreement, including the Release specified therein, all of the other Settlement Class Members; and

11. Entering Judgment and Order in favor of the Final Approval of Class Action Settlement and Final Approval of Attorney's Fees and Costs.

In support of this Motion, Plaintiff will rely on this Notice of Motion and the accompanying Memorandums of Points and Authorities and the Declaration of Graham S.P. Hollis, Esq. in Support of Plaintiffs' Unopposed Motion for Final Approval and the Exhibits attached thereto, the Declaration of Madely Nava on Behalf of Settlement Administrator ILYM Group, Inc., the Memorandum of Points and Authorities in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 23-1), Declaration of Graham S.P. Hollis In Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 23-2), Declaration of Sean Hartranft on Behalf of Settlement Administrator ILYM Group, Inc. (Dkt. 23-4), and the Declaration of Joseph Osegueda In Support of Preliminary Approval of Class Action Settlement (Dkt. No. 23-3), and on such other evidence and argument as may be submitted to the Court at or before the Final Approval Hearing.

Dated: June 29, 2020

GRAHAM**HOLLIS** APC

By: /s/ Erik A. Dos Santos
GRAHAM S.P. HOLLIS
VILMARIE CORDERO
ERIK DOS SANTOS
Attorneys for Plaintiff JOSEPH OSEGUEDA